LAQUER, URBAN, CLIFFORD & HODGE LLP
Denise E. Carter, Esq., State Bar #249774
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Telephone: (626) 449-1882
Facsimile: (626) 449-1958
Email: Carter@Luch.com

JS-6

NOTE: CHANGES MADE BY THE COURT

Counsel for Plaintiffs Trustees of the
Operating Engineers Pension Trust, et al.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>            Plaintiffs,<br><br>      vs.<br><br>SFU, INC., a Nevada corporation, dba "Popular Paver Rental,"<br><br>            Defendant. | CASE NO.: CV 08-00776 JFW (CWx)<br><br>ASSIGNED TO THE HONORABLE JOHN F. WALTER<br><br><br>**JUDGMENT** |

Upon application by plaintiffs herein for a default judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, and it appearing to the Court that the default of SFU, Inc., was entered on March 25, 2008, in the office of the Clerk of this Court; and that no proceedings have been taken by defendant SFU, Inc., since default was entered, and for good cause shown,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the plaintiffs, Trustees, respectively, of the Operating Engineers Pension Trust, the Operating Engineers Health and Welfare Fund, the Operating Engineers Vacation-Holiday Savings Trust and the

1  Operating Engineers Training Trust, shall recover from defendant SFU, Inc., a Nevada
2  corporation doing business as "Popular Paver Rental," the principal amount of $8,770.07,
3  attorneys' fees in the amount of $3,500.00, and costs of suit in the amount of $536.70,
4  together with post-judgment interest as provided by law.

8  DATED: June 10, 2008               _____
9                                     UNITED STATES DISTRICT JUDGE